IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| SIMON CHIKHLADZE,<br><br>                Plaintiff,<br><br>  vs.<br><br>UNITED STATES DEPARTMENT OF STATE, FEDERAL BUREAU OF INVESTIGATION, GOVERNMENT OF KINGDOM OF DENMARK, GEORGIAN AUTHORITIES, TEA TSULUKIANI, and KORDZAKHIA CRIME CELL,<br><br>                Defendants. | CV 25-21-H-DWM<br><br>JUDGMENT |

      This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of March 24, 2025, (Doc. 7), this action is DISMISSED.

      Dated this 24th day of March, 2025.

                                      TYLER P. GILMAN, CLERK

                                      /s/ Tyler P. Gilman